SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: April 3, 2026

USPO _____
AUSA __X__
DEF _____

| | | |
|---|---|---|
| Defendant's Name: Bryan Fleming | Docket No.: 26cr019-CAB | |
| Attorney's Name: Jonathan I. Shapiro | Phone No.: 619-546-8225 | |
| Guideline Manual Used: November 2025 | Agree with USPO Calcs. | yes |
| Base Offense Level(s): USSG § 2H3.2(a) - unlawfully entering | | 6 |
| Specific Offense Characteristics: USSG § 2H3.2(b) | | +3 |

Adjusted Offense Level:
[ ] Combined (Mult. Counts)  [ ] Career Off.  [ ] Armed Career Crim.  — 9

Adjustment for Acceptance of Responsibility [ ] Government Motion - USSG §3E1.1(b)  — -2

Early Disposition/Fast Track, § 3F1.1  — _____

Zero-Point Offender, § 4C1.1  — -2

Adjusted Offense Level:  — 5

Criminal History Score:  — 0

Criminal History Category:  — I

[ ] Career Offender  [ ] Armed Career Criminal

Guideline Range                                    from  0  months
Range limited by: [ ] minimum mandatory [ ] statutory maximum)   to  6  months

Variances: _____

RECOMMENDATION: time served (1 day in custody), 1 year of supervised release, $100 s/a

*Pursuant to the plea agreement, the government agreed to recommend the low end of the guidelines range and no fine.

10/2025