ADAM GORDON
United States Attorney
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California Bar No.: 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN FLEMING,<br><br>Defendant. | Case No.  26CR019-CAB<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>Date:    April 3, 2026<br>Time:    9:00 a.m. |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorney, and hereby files its Sentencing Memorandum.

As set forth in the United States' Sentencing Summary Chart, Bryan Fleming's guidelines range is 0-6 months. The United States recommend that Mr. Fleming be sentenced to time served (1 day in custody), 1 year supervised release, $100 penalty assessment, and no fine.

## I.

## STATEMENT OF THE CASE

On January 6, 2026, Bryan Fleming ("Defendant") pleaded guilty to a single-count information charging a violation of 18 U.S.C. § 2513(b) (Manufacture,

distribution, possession, and advertising of electronic communication intercepting devices).

U.S.S.G. § 2H3.2 applies to the offense of conviction. Accordingly, the base offense level is 6, and Defendant earns a 3-level increase because he committed the offense for pecuniary gain. Defendant receives a 2-level downward adjustment for acceptance of responsibility (§ 3E1.1) and a 2-level downward adjustment as a zero-point offender (§ 4C1.1), yielding a total offense level 5. Defendant is in Criminal History Category I, and his guidelines range is 0-6 months.

Considering all the factors in 18 U.S.C. § 3553, the United States recommends that the Court sentence Defendant to time served (1 day in custody), followed by 1 year of supervised release. The United States does not recommend that the Court impose a fine.

## II.

## RESTITUTION

The Government has attempted to contact the victims of Defendant's offense. As of the date of this filing, the United States has not received any Victim Impact Statements. The Government therefore requests a continuance of the restitution portion of Defendant's sentence for no longer than 90 days pursuant to 18 U.S.C. § 3664(d)(5) to give the United States an opportunity to ascertain the losses caused by the scheme.

//
//
//
//
//
//
//
//

*United States' Sentencing Memorandum*     2     *26CR019-CAB*

## III.

## CONCLUSION

The United States respectfully requests that the Court sentence Defendant to time served (1 day in custody), followed by 1 year of supervised release, no fine, and a $100 special assessment.

DATED: March 26, 2026

Respectfully submitted,
ADAM GORDON
United States Attorney

/s/*Jonathan I. Shapiro*
Jonathan I. Shapiro
Assistant United States Attorney